

Most Single Day Phone Contacts: August 22, 2019 = 8

F.B.I. Interview of Defendant/Search of Phone: October 25, 2019