*United State v. Weiss 19 CR 805*
*Exhibit List - June ~~5~~8, 2023*

| Number | Description |
|---|---|
| **Documents** ||
| 101 | IL SOS Records Collage |
| 102 | IL SOS Records Spartacus |
| 103 | Spartacus Bank Records – signatory cards |
| 104 | Collage Bank Records – signatory cards |
| 105 | Collage to Spartacus Checks |
| 106 | Collage Check Summary Chart |
| 107 | Sweepstakes photo demonstrative |
| 108 | Luis Arroyo photo |
| 109 | August 2, 2019 photos |
| 110 | August 22, 2019 Envelope, Check, Draft Legislation |
| 111 | October 26, 2019 Catharine Hunter Agreement, post-it, check dated 9/4/2019 |
| 112 | Documents Seized from Weiss email search |
| 113 | Arroyo/Spartacus City of Chicago Lobbying Registration |
| 114 | VSS Articles of Organization |
| 115 | VSS/Spartacus Contract (Seized from Spartacus search) |
| 116 | Documents seized during Collage Search |
| 117 | James Weiss/Collage Lobbying Registration |
| 118 | Spartacus Bank Records – check deposits |
| 119 | October 17, 2019 surveillance photos |
| **Recordings** ||
| 201 | August 2, 2019 video surveillance |
| ~~202~~ | **August 2, 2019 audio recording** |
| 202-a | 13:15 - 16:54 |
| 202-b | 19:10 – 23:36 |

| | |
|---|---|
| 202-c | 29:04 – 33:40 |
| 202-d | 39:00 – 42:05 |
| 202-e | 46:33 – 48:58 |
| 202-f | 48:59 – 50:54 |
| 202-g | 7:35 – 7:50 |
| 202-T | August 2, 2019 Transcript |
| 203 | **August 22, 2019 audio recording** |
| 203-a | 20:38 – 22:14 |
| 203-b | 23:20 – 25:15 |
| 203-T | August 22, 2019 Transcript |
| 204 | **October 25, 2019 audio recording** |
| 204-a | 33:52 – 34:12 |
| 204-b | 35:42 – 38:12 |
| 204-c | 42:12 – 45:15 |
| 204-d | 47:33 – 48:10 |
| 204-e | 48:12 – 50:46 |
| 204-f | 1:01:30 - 1:05:44 |
| 204-Tr | October 25, 2019 Transcript |
| 205 | **May 2, 2019 committee hearing recording** |
| 205-a | 1:25:22 – 1:26:39 |
| 205-b | 128:45 – 1:31:57 |
| 205-Tr | May 2, 2019 Transcript |
| 206 | **May 9, 2019 Committee Hearing Recording** |
| 206-a | 49:12 – 53:21 |
| 206-Tr | May 9, 2019 Transcript |
| | **CHS/Arroyo Recorded Calls** |
| 207 | 07-11-2019 16:11 |
| 207-Tr | Call Transcript |

| | |
|---|---|
| 208 | 07-30-2019 15:20 |
| 208-Tr | Call Transcript |
| 209 | 08-19-2019 15:28 |
| 209-Tr | Call Transcript |
| 210 | 08-21-2019 17:13 |
| 210-Tr | Call Transcript |
| 211 | 08-22-2019 15:38 |
| 211-Tr | Call Transcript |
| 212 | 09-17-2019 18:01 |
| 212-Tr | Call Transcript |
| 213 | 09-23-2019 19:50 |
| 213-Tr | Call Transcript |
| **Communications** | |
| 301 | Arroyo/Weiss text messages |
| 302 | Arroyo/Munoz text messages |
| 303 | Arroyo/Rita text messages |
| 304 | Weiss/CHS emails<br>- August 22, 2019;<br>- August 26, 2019 to October 21, 2019 |
| 305 | Arroyo/CHS text messages<br>- May 27, 2019 to August 22, 2019<br>- August 15, 2019 to September 18, 2019 |
| 306 | Weiss/CHS text messages<br>- October 24, 2019 |
| 307 | Sprint Records for contacts between (XXX) XXX-8084 and Arroyo from Sept 2018 to October 2019 |
| 308 | Weiss/Arroyo Phone Contact Summary Chart |
| 309 | Search warrant results from Google email account @capitalparking.net |
| 310 | All Sprint Records for (XXX) XXX-8084 |