Date: Mon, 30 Nov 2015 13:11:35 -0600
To: ███████@yahoo.com
X-Mailer: iPhone Mail (13B143)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.125] ([24.13.107.95])

    by smtp.gmail.com with ESMTPSA id c5sm8512025igt.9.2015.11.30.11.29.56

    for <███████@gmail.com>

    (version=TLSv1/SSLv3 cipher=OTHER);

    Mon, 30 Nov 2015 11:30:23 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <1937630E-89D8-4B21-BAEC-53C511981F9B@gmail.com>
Date: Mon, 30 Nov 2015 13:27:07 -0600
To: ███████@gmail.com
X-Mailer: iPhone Mail (13B143)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.125] ([24.13.107.95])

    by smtp.gmail.com with ESMTPSA id ue2sm9503417igb.0.2015.12.01.13.40.22

    for <██████@gmail.com>

    (version=TLSv1/SSLv3 cipher=OTHER);

    Tue, 01 Dec 2015 13:40:22 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <001FA5E8-E91A-4B0E-A151-375C8F2B04B5@gmail.com>
Date: Tue, 1 Dec 2015 15:40:21 -0600
To: ███████@gmail.com
X-Mailer: iPhone Mail (13B143)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.125] ([24.13.107.95])

    by smtp.gmail.com with ESMTPSA id u24sm299858ioi.14.2015.12.01.15.54.40

    for <███████████@yahoo.com>

    (version=TLSv1/SSLv3 cipher=OTHER);

    Tue, 01 Dec 2015 15:54:40 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <E57842C7-901B-4832-8E75-21A66472FDD2@gmail.com>
Date: Tue, 1 Dec 2015 17:54:39 -0600
To: ███████@yahoo.com
X-Mailer: iPhone Mail (13B143)

MAINATT_001-000286

Return-Path: <reparroyo@gmail.com>
Received: from [10.48.50.49] ([166.175.58.90])

    by smtp.gmail.com with ESMTPSA id s95sm529526ioe.16.2015.12.01.19.01.22

    for <███████@aol.com>

    (version=TLSv1/SSLv3 cipher=OTHER);

    Tue, 01 Dec 2015 19:03:12 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <0D75A23A-5ADF-4414-AD64-58F84AC2F6E3@gmail.com>
Date: Tue, 1 Dec 2015 21:00:20 -0600
To:███████@aol.com
X-Mailer: iPhone Mail (13B143)

Return-Path: <reparroyo@gmail.com>
Received: from [10.48.50.49] ([166.175.58.90])

    by smtp.gmail.com with ESMTPSA id q5sm576186igh.6.2015.12.01.19.44.59

    for <███████@gmail.com>

    (version=TLSv1/SSLv3 cipher=OTHER);

    Tue, 01 Dec 2015 19:46:33 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <90C2B5F3-5A7A-42D3-9314-D26E029056E2@gmail.com>
Date: Tue, 1 Dec 2015 21:43:44 -0600
To:███████@gmail.com
X-Mailer: iPhone Mail (13B143)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.125] ([24.13.107.95])

    by smtp.gmail.com with ESMTPSA id 42sm5459834iom.6.2015.12.04.13.44.41

    for <███████@gmail.com>

    (version=TLSv1/SSLv3 cipher=OTHER);

    Fri, 04 Dec 2015 13:44:41 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <0109389F-B7E3-4540-8FF2-C2806FF99FEB@gmail.com>
Date: Fri, 4 Dec 2015 15:44:41 -0600
To:███████@gmail.com
X-Mailer: iPhone Mail (13B143)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.100] ([24.13.107.95])

    by smtp.gmail.com with ESMTPSA id h96sm7041067iod.28.2015.12.22.11.17.15

MAINATT_001-000287

for <RepDistrict3@gmail.com>

(version=TLSv1/SSLv3 cipher=OTHER);

Tue, 22 Dec 2015 11:17:16 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <F6E98D97-ED17-49F1-8587-A12D04D9391F@gmail.com>
Date: Tue, 22 Dec 2015 13:17:15 -0600
To: ███████@gmail.com
X-Mailer: iPhone Mail (12D508)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.100] ([24.13.107.95])

by smtp.gmail.com with ESMTPSA id z15sm10588654igg.20.2015.12.22.11.18.33

for <Repdistrict3@gmail.com>

(version=TLSv1/SSLv3 cipher=OTHER);

Tue, 22 Dec 2015 11:18:33 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <A33A39DE-D550-4F40-937A-F0AFCADFC87F@gmail.com>
Date: Tue, 22 Dec 2015 13:18:30 -0600
To: ████████gmail.com
X-Mailer: iPhone Mail (12D508)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.100] ([24.13.107.95])

by smtp.gmail.com with ESMTPSA id b1sm2773490igx.1.2015.12.22.11.47.34

for <████████@gmail.com>

(version=TLSv1/SSLv3 cipher=OTHER);

Tue, 22 Dec 2015 11:47:34 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <F0FBDE2E-6E25-4861-A33E-C7D95F0A4545@gmail.com>
Date: Tue, 22 Dec 2015 13:47:33 -0600
To: ████████@gmail.com
X-Mailer: iPhone Mail (12D508)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.100] ([24.13.107.95])

by smtp.gmail.com with ESMTPSA id z15sm10697598igg.20.2015.12.22.12.30.35

for <████████@gmail.com>

(version=TLSv1/SSLv3 cipher=OTHER);

MAINATT_001-000288

Tue, 22 Dec 2015 12:30:36 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <B1B9FB23-E566-44F4-BB17-9C8D6A324168@gmail.com>
Date: Tue, 22 Dec 2015 14:30:34 -0600
To: ███████@gmail.com
X-Mailer: iPhone Mail (12D508)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.100] ([24.13.107.95])

    by smtp.gmail.com with ESMTPSA id p65sm14696464iop.15.2015.12.22.12.31.19

    for <███████@gmail.com>

    (version=TLSv1/SSLv3 cipher=OTHER);

Tue, 22 Dec 2015 12:31:20 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <CD0E3F5E-8B1B-44CC-847F-D095B2D5AF3B@gmail.com>
Date: Tue, 22 Dec 2015 14:31:18 -0600
To: ███████@gmail.com
X-Mailer: iPhone Mail (12D508)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.125] ([24.13.107.95])

    by smtp.gmail.com with ESMTPSA id z138sm1569395iod.37.2015.12.28.15.13.30

    for <███████@yahoo.com>

    (version=TLSv1/SSLv3 cipher=OTHER);

Mon, 28 Dec 2015 15:13:41 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <41A0AB63-46E8-4A3F-ADB3-3C19C02943D0@gmail.com>
Date: Mon, 28 Dec 2015 16:47:07 -0600
To: ██████████s@yahoo.com
X-Mailer: iPhone Mail (13B143)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.125] ([24.13.107.95])

    by smtp.gmail.com with ESMTPSA id qb2sm258585igb.10.2016.01.04.14.26.20

    (version=TLSv1/SSLv3 cipher=OTHER);

Mon, 04 Jan 2016 14:26:38 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <05FE35BD-7453-4F98-BBC9-17C7669DD867@gmail.com>
Date: Mon, 4 Jan 2016 16:26:19 -0600
To: ██████████████.com, ████████@gmail.com, ████████@yahoo.com

MAINATT_001-000289

X-Mailer: iPhone Mail (13B143)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.125] ([24.13.107.95])

by smtp.gmail.com with ESMTPSA id e36sm38200924iod.2.2016.01.11.14.59.04

for <██████████@yahoo.com>

(version=TLSv1/SSLv3 cipher=OTHER);

Mon, 11 Jan 2016 14:59:04 -0800 (PST)
From: reparroyo@gmail.com
Date: Mon, 11 Jan 2016 16:59:03 -0600
Message-Id: <638E8584-EF9E-49FF-A68E-2CAD09BFC0CC@gmail.com>
To: ████████v@yahoo.com
X-Mailer: iPhone Mail (13B143)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.125] ([24.13.107.95])

by smtp.gmail.com with ESMTPSA id g90sm4555301ioi.43.2016.01.15.09.30.06

for <g██████@yahoo.com>

(version=TLSv1/SSLv3 cipher=OTHER);

Fri, 15 Jan 2016 09:30:06 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <C8B0FE3C-68E6-48DE-9F3D-F602F11453CB@gmail.com>
Date: Fri, 15 Jan 2016 11:30:05 -0600
To: ████████████.com
X-Mailer: iPhone Mail (13C75)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.125] ([24.13.107.95])

by smtp.gmail.com with ESMTPSA id w191sm4600639iod.30.2016.01.15.09.31.26

for <████████s@yahoo.com>

(version=TLSv1/SSLv3 cipher=OTHER);

Fri, 15 Jan 2016 09:31:26 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <89F8CCC9-02C9-428E-9774-F168FBAFF173@gmail.com>
Date: Fri, 15 Jan 2016 11:31:26 -0600
To: ████████@yahoo.com
X-Mailer: iPhone Mail (13C75)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.125] ([24.13.107.95])

MAINATT_001-000290

by smtp.gmail.com with ESMTPSA id 63sm2898095ion.4.2016.01.15.09.35.31

for █████████@yahoo.com>

(version=TLSv1/SSLv3 cipher=OTHER);

Fri, 15 Jan 2016 09:35:31 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <30D70764-7EDE-461C-8649-EF4C85F935BB@gmail.com>
Date: Fri, 15 Jan 2016 11:35:31 -0600
To:█████████@yahoo.com
X-Mailer: iPhone Mail (13C75)

Return-Path: <reparroyo@gmail.com>
Received: from [10.248.31.255] ([166.175.62.174])

by smtp.gmail.com with ESMTPSA id 95sm1327458iop.35.2016.01.21.07.56.33

for <████████@gmail.com>

█████=TLSv1/SSLv3 cipher=OTHER);

Thu, 21 Jan 2016 07:56:37 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <CFC9D389-1E1F-43A0-8CF4-3F90731EFF39@gmail.com>
Date: Thu, 21 Jan 2016 09:56:31 -0600
To:████████@gmail.com
X-Mailer: iPhone Mail (13C75)

Return-Path: <reparroyo@gmail.com>
Received: from [10.248.31.255] ([166.175.62.174])

by smtp.gmail.com with ESMTPSA id g67sm1676736ioe.34.2016.01.21.11.56.13

for <████████@hds.ilga.gov>

(version=TLSv1/SSLv3 cipher=OTHER);

Thu, 21 Jan 2016 11:56:15 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <2C6DC56C-7573-4DB2-B439-B786A0C52DC7@gmail.com>
Date: Thu, 21 Jan 2016 13:56:13 -0600
To:████████ds.ilga.gov
X-Mailer: iPhone Mail (13C75)

Return-Path: <reparroyo@gmail.com>
Received: from [10.18.185.196] ([166.175.58.107])

by smtp.gmail.com with ESMTPSA id e36sm1509174iod.2.2016.01.26.10.26.48

for <████████@yahoo.com>

25

MAINATT_001-000291

(version=TLSv1/SSLv3 cipher=OTHER);

Tue, 26 Jan 2016 10:26:51 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <99B093BB-7F55-4B07-8216-6D774355A05A@gmail.com>
Date: Tue, 26 Jan 2016 12:26:47 -0600
To: ███████@yahoo.com
X-Mailer: iPhone Mail (13C75)

Return-Path: <reparroyo@gmail.com>
Received: from [10.19.218.25] ([166.175.188.82])

by smtp.gmail.com with ESMTPSA id p8sm6152964ioe.38.2016.02.04.21.02.49

for <███████@gmail.com>

(version=TLSv1/SSLv3 cipher=OTHER);

Thu, 04 Feb 2016 21:02:50 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <ABB7438C-4121-4640-903E-EAD4B51E83B0@gmail.com>
Date: Thu, 4 Feb 2016 23:02:48 -0600
To: ███████B@gmail.com
X-Mailer: iPhone Mail (13C75)

Return-Path: <reparroyo@gmail.com>
Received: from [10.57.49.110] ([166.175.62.91])

by smtp.gmail.com with ESMTPSA id v68sm13074909ioi.23.2016.02.15.16.42.49

for <███████@gmail.com>

(version=TLSv1/SSLv3 cipher=OTHER);

Mon, 15 Feb 2016 16:42:50 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <0C975EE1-ED6A-4954-A795-091ACAB11A67@gmail.com>
Date: Mon, 15 Feb 2016 18:42:48 -0600
To: ███████@gmail.com
X-Mailer: iPhone Mail (13C75)

Return-Path: <reparroyo@gmail.com>
Received: from [10.57.49.110] ([166.175.62.91])

by smtp.gmail.com with ESMTPSA id s19sm7788260ign.4.2016.02.15.16.43.09

for <███████@gmail.com>

(version=TLSv1/SSLv3 cipher=OTHER);

Mon, 15 Feb 2016 16:43:10 -0800 (PST)

MAINATT_001-000292

From: reparroyo@gmail.com
Message-Id: <4F6E9CFB-16E9-4EF7-B0E2-56D55E5D653D@gmail.com>
Date: Mon, 15 Feb 2016 18:43:08 -0600
To: █████@gmail.com
X-Mailer: iPhone Mail (13C75)

Return-Path: <reparroyo@gmail.com>
Received: from [10.57.49.110] ([166.175.62.91])

    by smtp.gmail.com with ESMTPSA id b101sm13012947iod.43.2016.02.15.16.43.32

    for <█████@gmail.com>

    (version=TLSv1/SSLv3 cipher=OTHER);

    Mon, 15 Feb 2016 16:43:33 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <032B5C99-EFFC-42F0-AD9B-F09C8B9C2D59@gmail.com>
Date: Mon, 15 Feb 2016 18:43:31 -0600
To: █████@gmail.com
X-Mailer: iPhone Mail (13C75)

Return-Path: <reparroyo@gmail.com>
Received: from [10.57.49.110] ([166.175.62.91])

    by smtp.gmail.com with ESMTPSA id jh4sm7763058igb.13.2016.02.15.16.43.49

    for <█████@gmail.com>

    (version=TLSv1/SSLv3 cipher=OTHER);

    Mon, 15 Feb 2016 16:43:50 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <F2198080-BB13-4615-80A7-8F1058214E5E@gmail.com>
Date: Mon, 15 Feb 2016 18:43:48 -0600
To: █████@gmail.com
X-Mailer: iPhone Mail (13C75)

Return-Path: <reparroyo@gmail.com>
Received: from [10.57.49.110] ([166.175.62.91])

    by smtp.gmail.com with ESMTPSA id l11sm13026231iol.17.2016.02.15.16.44.12

    for <█████@gmail.com>

    (version=TLSv1/SSLv3 cipher=OTHER);

    Mon, 15 Feb 2016 16:44:13 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <7B680EEF-AB02-403F-A164-A0FDE1EE69B4@gmail.com>
Date: Mon, 15 Feb 2016 18:44:11 -0600
To: █████@gmail.com

MAINATT_001-000293

X-Mailer: iPhone Mail (13C75)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.102] ([24.13.107.95])

    by smtp.gmail.com with ESMTPSA id j7sm1611622ige.5.2016.02.18.08.18.27

    for <█████████@gmail.com>

    (version=TLSv1/SSLv3 cipher=OTHER);

    Thu, 18 Feb 2016 08:18:33 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <ABA356D4-CAEE-4A5D-973E-BB316FD3ED41@gmail.com>
Date: Thu, 18 Feb 2016 10:18:26 -0600
To: █████████gmail.com
X-Mailer: iPhone Mail (13D15)

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.102] ([24.13.107.95])

    by smtp.gmail.com with ESMTPSA id n3sm1946503iga.9.2016.02.18.10.53.18

    for <█████████@gmail.com>

    (version=TLSv1/SSLv3 cipher=OTHER);

    Thu, 18 Feb 2016 10:53:18 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <3DFE7E48-66F7-4EF7-A3CD-C0CF06C109F4@gmail.com>
Date: Thu, 18 Feb 2016 12:53:17 -0600
To: █████████gmail.com
X-Mailer: iPhone Mail (13D15)

Return-Path: <reparroyo@gmail.com>
Received: from [10.43.153.64] ([166.175.59.158])

    by smtp.gmail.com with ESMTPSA id h83sm8275450iod.4.2016.02.20.11.21.03

    for <█████████@gmail.com>

    (version=TLSv1/SSLv3 cipher=OTHER);

    Sat, 20 Feb 2016 11:21:03 -0800 (PST)
From: reparroyo@gmail.com
Date: Sat, 20 Feb 2016 13:21:02 -0600
Message-Id: <1BD89DCB-EDF0-4C7E-8474-0BEFB56E374C@gmail.com>
To: █████████@gmail.com
X-Mailer: iPhone Mail (13C75)

Return-Path: <reparroyo@gmail.com>
Received: from [10.43.153.64] ([166.175.59.158])

MAINATT_001-000294

by smtp.gmail.com with ESMTPSA id s5sm6617868igg.1.2016.02.20.11.25.57

for <​███████​@gmail.com>

(version=TLSv1/SSLv3 cipher=OTHER);

Sat, 20 Feb 2016 11:26:08 -0800 (PST)
From: reparroyo@gmail.com
Date: Sat, 20 Feb 2016 13:25:56 -0600
Message-Id: <1CC724B3-F946-430A-BEE6-FD87F059DBE5@gmail.com>
To: ███████@gmail.com
X-Mailer: iPhone Mail (13C75)

Return-Path: <reparroyo@gmail.com>
Received: from [10.105.190.43] ([166.175.189.178])

by smtp.gmail.com with ESMTPSA id ru8sm6408159igb.2.2016.02.20.14.54.25

(version=TLSv1/SSLv3 cipher=OTHER);

Sat, 20 Feb 2016 14:54:52 -0800 (PST)
From: reparroyo@gmail.com
X-Mailer: iPhone Mail (13C75)
Date: Sat, 20 Feb 2016 16:54:20 -0600
Cc: ███████@gmail.com, ███████@gmail.com
Message-Id: <0423BDBC-B5D5-4156-89A3-FA26E49A2390@gmail.com>
To: ███████@contineodigital.com

Return-Path: <reparroyo@gmail.com>
Received: from [192.168.0.105] ([24.13.107.95])

by smtp.gmail.com with ESMTPSA id z18sm10085179igg.9.2016.02.22.14.40.15

for <​███████​@gmail.com>

(version=TLSv1/SSLv3 cipher=OTHER);

Mon, 22 Feb 2016 14:40:15 -0800 (PST)
From: reparroyo@gmail.com
Message-Id: <0441D039-0B90-42D0-A39C-077438AA8767@gmail.com>
Date: Mon, 22 Feb 2016 16:40:14 -0600
To: ███████@gmail.com
X-Mailer: iPhone Mail (13C75)

Delivered-To: reparroyo@gmail.com
Received: by 10.202.242.5 with SMTP id q5csp3059933oih;



MAINATT_001-000295