UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

     v.

JAMES T. WEISS

No. 19 CR 805-2

Judge Steven C. Seeger

## **AUDIO ISSUES IN THE COURTROOM**

In response to the Court's concerns about the audio in the gallery of the courtroom, R. 288, the government has taken the following steps:

- The government spoke with court IT staff about this issue and learned that there are already speakers in the gallery, and it would be difficult to add additional speakers to the gallery.

- The government met with court IT staff to test the audio files it intends to play at trial and ensure that the speakers in the gallery are functioning. There were at least two problems with the courtroom sound that the court IT staff resolved, which substantially increased the volume of the recordings.

- The government can, during the rest of its evidence presentation, use a split screen for the screens in the courtroom, which would allow the government to display the transcripts of the audio recordings as they are being played.

Additionally, the government notified the Court, via email on the afternoon of Wednesday, June 7, 2023, of a request by the media to have access to the government's admitted trial exhibits and transcripts. The government is prepared to

comply with this request with the permission of the Court. The government understand that counsel for defendant objects to this request.

 

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:     /s/ *Christine M. O'Neill*
        CHRISTINE M. O'NEILL
        SEAN J.B. FRANZBLAU
        Assistant U.S. Attorneys
        219 South Dearborn Street, Fifth Floor
        Chicago, Illinois 60604
        (312) 353-5300

2